# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
### Harrisonburg Division

|  |  |
|---|---|
| JERRY WAYNE CARPER AND TERESA KNAUS CARPER,    Plaintiff, v. SNS CARS, INC.,    Defendant. | CIVIL ACTION NO. 5:22-cv-00034  STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

IT IS HEREBY STIPULATED by and between Plaintiffs, Jerry Wayne Carper (dec.) and Teresa Knaus Carper and Defendant SNS Cars, Inc. that Plaintiffs' claims asserted against Defendant SNS Cars, Inc. in the above-captioned action are hereby dismissed with prejudice. Each party shall bear its own attorneys' fees and costs incurred herein.

BY: */s/ John Cole Gayle*
John Cole Gayle, Jr., Esquire
VSB No. 18833
The Consumer Law Group, P.C.
1508 Willow Lawn Drive, Suite 220
Richmond, Virginia  23230
Telephone: 804-282-7900
Facsimile: 804-673-0316
jgayle@theconsumerlawgroup.com
***Attorneys for Plaintiff***

BY: */s/ David R. Mahdavi*
MAHDAVI, BACON, HALFHILL & YOUNG, PLLC
VSB No. 27417
11350 Random Hills Road
Suite 700

                                                               Fairfax, Virginia  22030
                                                               Telephone: 703-200-1131
                                                               Facsimile:  703-790-1676
                                                               dmahdavi@mahdavibacon.com
Dated:  January 5, 2023                    ***Attorney for SNS Cars, Inc.***